```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00879
    TELLI SHALON RICHARDS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-9053


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/18/2007 and was not confirmed.

      The case was dismissed without confirmation 08/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL      CURRENT MORTG         .00          .00           .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE    15550.00          .00           .00
HARBOUR FINANCIAL          CURRENT MORTG         .00          .00           .00
COOK COUNTY TREASURER      SECURED               .00          .00           .00
ACCESS CREDIT UNION        UNSECURED          1501.67         .00           .00
PUBLIC STORAGE             UNSECURED         NOT FILED        .00           .00
T-MOBILE USA               UNSECURED           695.23         .00           .00
ASPIRE                     UNSECURED          1239.77         .00           .00
CALVARY PORTFOLIO SVCS     UNSECURED         NOT FILED        .00           .00
UNITED CASH                UNSECURED         NOT FILED        .00           .00
CHASE                      UNSECURED         NOT FILED        .00           .00
COV/NAC                    UNSECURED         NOT FILED        .00           .00
CRED PROTECTION ASSOCIAT   UNSECURED         NOT FILED        .00           .00
FIRST PREMIER BANK         UNSECURED           489.97         .00           .00
LVNV FUNDING LLC           UNSECURED           428.87         .00           .00
FIRST PREMIER BANK         UNSECURED         NOT FILED        .00           .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED        .00           .00
LVNV FUNDING LLC           UNSECURED           594.21         .00           .00
LVNV FUNDING LLC           UNSECURED           164.12         .00           .00
ROUNDUP FUNDING LLC        UNSECURED           282.61         .00           .00
CHICAGO IMAGING            UNSECURED         NOT FILED        .00           .00
EVERGREEN MEDICAL SPECIA   UNSECURED         NOT FILED        .00           .00
EVERGREEN MEDICAL SPECIA   UNSECURED         NOT FILED        .00           .00
TRINITY HOSPITAL           UNSECURED         NOT FILED        .00           .00
PROGRESSIVE INSURANCE      UNSECURED         NOT FILED        .00           .00
NEWPORT NEWS               NOTICE ONLY      NOT FILED        .00           .00
HOUSEHOLD BANK             UNSECURED           643.35         .00           .00
SPRINT                     UNSECURED         NOT FILED        .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1976.05         .00           .00
PEOPLES GAS LIGHT & COKE   NOTICE ONLY      NOT FILED        .00           .00
PEOPLES GAS LIGHT & COKE   NOTICE ONLY      NOT FILED        .00           .00
ECMC                       UNSECURED          1979.79         .00           .00
SALLIE MAE LSCF            UNSECURED         NOT FILED        .00           .00
SUN CASH/UPTOWN CASH       UNSECURED         NOT FILED        .00           .00
CHICAGO CENTRAL EP         UNSECURED         NOT FILED        .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00879  TELLI SHALON RICHARDS
```

```
UNITED COLLECTION BUREAU  UNSECURED          215.00            .00            .00
FAIRLANE CREDIT LLC       UNSECURED        11078.17            .00            .00
HARBOUR FINANCIAL         SECURED NOT I        .00            .00            .00
ER SOLUTIONS INC          UNSECURED         3490.61            .00            .00
NICOLE LAWSON             DEBTOR ATTY      2,100.00                        325.85
TOM VAUGHN                TRUSTEE                                           24.15
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
 -----------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
 -----------------------------------------------------------------------------
TRUSTEE                    350.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                      325.85
TRUSTEE COMPENSATION                                 24.15
DEBTOR REFUND                                          .00
                         ---------------     ---------------
TOTALS                     350.00                   350.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/03/07              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 07 B 00879 TELLI SHALON RICHARDS